UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCY AUER,
   Plaintiff(s),

 v.

AL SARTI, et al.,
   Defendant(s).
_____/

No. C 05-4315 PJH

**ORDER OF DISMISSAL**

  Pursuant to the notice of dismissal filed by plaintiff's counsel, this matter is hereby dismissed in its entirety.

  SO ORDERED.

Dated: February 7, 2006

               _____
               PHYLLIS J. HAMILTON
               United States District Judge